**Order entered April 2, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00123-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655-S**

## ORDER

Based on the Court's opinion of this date, relator's petition for writ of mandamus is **DENIED**. We further **DENY** relator's March 1, 2013 motion for temporary relief and motion for Court to take judicial notice of trial setting. We **ORDER** that relator pay the costs of this original proceeding.

/s/     MOLLY FRANCIS
        JUSTICE